Re: CASE # 04-40248-FDS

TO WHOM IT MAY CONCERN:

In response to the charges being brought against me — in all the years I have had cable television, I have never, nor has anyone else in my household, tampered with or had tampered, any cable T.V. boxes. Comcast is stating that 4 were tampered with. This was supposedly discovered when one of our boxes was not working and my husband took it into Cablevision to swap it out. Why on earth would we have taken in a "tampered box"? The only boxes we have ever had were given to us by the cable company and returned in the same condition we rec'd them.

Margarete Fountain

MARGARETE FOUNTAIN
21 MARKET ST.
FITCHBURG, MA
01420

P.S. I could not find an address for which this case is going to court — could you please forward it to the proper courthouse. Thank you —

MARGARETE FOUNTAIN

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts



Comcast of Massachusetts III, Inc.

V.

Mandalele Fountain

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 

**04-40248**

TO: (Name and address of Defendant)



YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_Kathleen Hassett_
(By) DEPUTY CLERK

DATE

A True Copy Attest:

_____
Deputy Sheriff      12-4-04