UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Central Division)

| | |
|---|---|
| **Comcast of Massachusetts III, Inc.** ("Comcast") <br><br> Plaintiff, <br><br> vs. <br> **Margarete Fountain** <br><br> Defendant | Case No.: 04-40248-FDS <br><br> **PARTIES' PROPOSED SCHEDULING ORDER** |

This Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

Counsel for the Plaintiff, sent a proposal for a scheduling order to the Defendant, Margarete Fountain, on March 28, 2005. The Defendant has not yet contacted Plaintiff's counsel. Office of Plaintiff's Counsel has tried to contact the Defendant by telephone, without success. Therefore, this document represents the Plaintiff's proposal only with reference to the issues required to be discussed pursuant to this rule.

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), the parties submit that:

**1. Initial Disclosures.** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by April 30, 2005.

**2. Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after June 1, 2005.

**3. Fact Discovery - Interim Deadlines.**
  **a.** All requests for production of documents and interrogatories must be served by July 20, 2005.
  **b.** All requests for admission must be served by July 20, 2005.

**3.** All depositions, other than expert depositions, must be completed by July 20, 2005.

**4. Fact Discovery - Final Deadline.** All discovery, other than expert discovery,

must be completed by July 30, 2005.

## 5. Expert Discovery.

a. Plaintiff(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by August 15, 2005.
b. Plaintiff(s)' trial experts must be deposed by September 15, 2005.
c. Defendant(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by August 20, 2005.
d. Defendant(s)' trial experts must be deposed by September 30, 2005.

## 6. Dispositive Motions.

1. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by October 1, 2005.
2. Oppositions to dispositive motions must be filed within 14 days after service of the motion.

                                            Respectfully Submitted for the Plaintiff,
                                            By Its Attorney,

_4/8/05_                                  /s/ John M. McLaughlin
Date                                      John M. McLaughlin
                                            **Green, Miles, Lipton & Fitz-Gibbon**
                                            77 Pleasant Street
                                            P.O. Box 210
                                            Northampton, MA 01061-0210
                                            Telephone: (413) 586-0865
                                            BBO No. 556328
                                            jmclaughlin@greenmiles.com

_____          _____
Date                               Deena Jarosz, Settlement and Collections Manager

## CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 8th day of April 2005, a copy of the foregoing was sent via first class postage paid mail to:

Margarete Fountain
21 Market Street
Fitchburg, MA  01420

/s/ John M. McLaughlin
John M. McLaughlin, Esq.