UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**COMCAST OF MA III, INC.,**

      Plaintiff,

**MARGARETE FOUNTAIN,**

CIVIL NO.  04-40248-FDS

      Defendant,

<u>**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**</u>

**TO: JUDGE SAYLOR**

**SWARTWOOD, C.M.J.**

**This case was scheduled for a Mediation on May 10, 2005. We received a telephone call from Attorney McLaughlin's office today indicating that the case was settled, and they requested a 30 Day Order.**

**The case was:**

( X )  Settled.  Your clerk should enter a ___30___ day order of dismissal.
(   )  There was progress.  A further conference has been scheduled for _____.
       unless the case is reported settled prior to that date.
(   )  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

**<u>May 9, 2005</u>**                                    /s/ Charles B. Swartwood, III
**Date**                                          **CHARLES B. SWARTWOOD, III, C.M.J.**