UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Comcast of MA,
    Plaintiff(s),

V.

Fountain,
    Defendant(s),

CIVIL ACTION

NO. 04-40248-FDS

SETTLEMENT ORDER OF DISMISSAL

Saylor, D. J.

    The Court having been advised on   May 9, 2005   that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

May 9, 2005
Date

/s/ Martin Castles
Deputy Clerk